# EXHIBIT 1

**SUPERIOR COURT**
**CIVIL CASE INFORMATION STATEMENT (CIS)**

EFiled: Aug 24 2022 12:31PM EDT
Transaction ID 67900792
Case No. N22C-08-041 FJJ

COUNTY:  [N]  K  S          CIVIL ACTION NUMBER: _____

| | |
|---|---|
| Caption:<br><br>Nicholas Pasquale,<br><br>Plaintiff,<br><br>v.<br><br>KBR, Inc. and Technical Staffing Resources,<br><br>LLC,<br><br>Defendants. | Civil Case Code: ___CMIS___<br><br>Civil Case Type: _Civil Miscellaneous_<br>(SEE REVERSE SIDE FOR CODE AND TYPE)<br><br>MANDATORY NON-BINDING ARBITRATION (MNA) _____<br><br>Name and Status of Party filing document:<br><br>Nicholas Pasquale - Plaintiff<br><br>Document Type: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM)<br><br>Complaint<br><br>JURY DEMAND: YES _X_ No _____ |

| | |
|---|---|
| ATTORNEY NAME(S):<br><br>Daniel F. McAllister, Esq.<br><br>ATTORNEY ID(S):<br><br>#4887<br><br>FIRM NAME:<br><br>McAllister Firm LLC<br><br>ADDRESS:<br><br>800 N. King St., Suite 203<br>Wilmington, DE 19801<br><br>TELEPHONE NUMBER:<br><br>302-543-5158<br><br>FAX NUMBER:<br><br>302-543-5158<br><br>E-MAIL ADDRESS:<br><br>dan@mcallisterfirm.com | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT OR ANY RELATED CASES THAT HAVE BEEN CLOSED IN THIS COURT WITHIN THE LAST TWO YEARS BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS:<br><br><br><br>EXPLAIN THE RELATIONSHIP(S):<br><br><br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br>CERTIFIED AS A TRUE COPY<br>ATTEST: COLLEEN REDMOND<br>PROTHONOTARY<br>BY _____<br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 01/2019



EFiled:  Aug 04 2022 12:31PM EDT
Transaction ID 67900792
Case No. N22C-08-041 FJJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

NICHOLAS PASQUALE,

    Plaintiff,

        v.

KBR, INC., and

TECHNICAL STAFFING
RESOURCES, LLC.

    Defendants.

JURY TRIAL DEMANDED

C.A. No.

CERTIFIED AS A TRUE COPY
ATTEST:  COLLEEN REDMOND
PROTHONOTARY
BY

## COMPLAINT

### Parties and Jurisdiction

1.    Plaintiff Nicholas Pasquale ("Mr. Pasquale") is a male resident of Delaware and over the age of 40.

2.    Defendant KBR, Inc. ("KBR") is a Delaware Corporation with its principal place of business in Houston, TX.  KBR operates in the fields of science, technology, and engineering.  Upon information and belief, KBR has over 1,000 employees.  KBR may be served through its registered agent, The Corporation Trust Company, having as an address Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801.

3.    Defendant Technical Staffing Resources, LLC ("TSR") is a Delaware limited liability company.  Upon information and belief TSR has over 1,000 employees.  TSR is an in-house subcontracting agency to KBR and provides staffing

00043032.DOCX.

to KBR. TSR may be served through its registered agent, The Corporation Trust Company, having as an address Corporation Trust Center, 1209 Orange St., Wilmington DE 19801.

4.     Mr. Pasquale filed an administrative Charge with the Delaware Department of Labor Office of Anti-Discrimination ("DDOL") on or about June 29, 2020. The DDOL assigned Mr. Pasquale's Charge a Charge number of PAS022120. The charge was co-filed with the US Equal Employment Opportunity Commission and assigned an EEOC Charge number of 17C-2020-00373

5.     On or about May 20, 2022 the DDOL mailed and e-mailed Mr. Pasquale's counsel a Final Determination and Right to Sue Notice, which was received by Plaintiff's counsel on the same date. The DDOL reached a no cause determination.

6.     This Court has subject matter jurisdiction pursuant to 19 *Del. C.* § 715 and concurrent jurisdiction over Mr. Pasquale's federal Age Discrimination in Employment Act ("ADEA") claims.

### Background

7.     Mr. Pasquale worked directly for KBR from 1995-2000 and again from 2001-2010, and then indirectly for KBR, through TSR, from 2011-2016. Mr. Pasquale left briefly to work for Connectiv from 2000-2001.

8.     Mr. Pasquale was hired by KBR Civil/Structural/Architectural ("CSA")

00043032.DOCX.

Manager Steve Horton in 1995. In 1996, Horton was transferred to Raleigh and Project Engineer Charles Brodeur ("Brodeur") was promoted to CSA Manager. From 1996 to 2000, Mr. Pasquale worked directly for Brodeur. When Mr. Pasquale left KBR for Connectiv, Brodeur tried to convince Mr. Pasquale to stay. Brodeur continued to recruit Mr. Pasquale during Mr. Pasquale's entire tenure at Connectiv, and eventually hired Mr. Pasquale back in 2002.

9.   Mr. Pasquale started as a Project Manager/Project Engineer (in a dual role) for KBR around 2002 and held that position continuously through approximately 2011 when he became strictly a Project Manager, a position he held through 2016.

10.   In 2010, Mr. Pasquale was laid off due to the lingering economic issues from the recession. Brodeur hired Mr. Pasquale back in 2011 to work as a Project Manager at the Dupont Chambers Works facility, this time through TSR.

11.   The nature of Mr. Pasquale's relationship with KBR changed in that, while still working as a Project Manager, Mr. Pasquale worked directly for TSR as a contract employee for KBR, and in turn was contracted to work for DuPont's Chambers Works in New Jersey. That is, Mr. Pasquale essentially had a contract DuPont/Chemours role through KBR, and in turn worked for KBR as a contract employee through TSR.

12.   At Chambers Works, Mr. Pasquale oversaw capital projects in areas

00043032.DOCX.

such as Freon, water treatment, and infrastructure, among other responsibilities.

13.    Chambers Works eventually became primarily a Chemours facility. Chemours began to experience internal financial problems and also directed much of its capital financing to a facility in Mexico.  As a result, Chemours no longer had money to fund capital projects at Chambers Works.  Chemours therefore ended its contract with KBR, which in turn ended its contract with Mr. Pasquale's employer, TSR, and Mr. Pasquale ceased to work for either Defendant in 2016.

**Failure to Hire**

14.    In late 2019-2020, Mr. Pasquale applied through the Newark, Delaware location for four open positions that were advertised by Defendants: Project Manager—Engineering (R2004413); Associate Project Manager—Engineering (R2004415); Engineering Project Manager (R2005066); and Senior Project Manager—Engineering (R1083971).  Mr. Pasquale was qualified for all four open positions.

15.    Mr. Pasquale was not selected for any of the open positions. Defendants filled some or all the positions with candidates who were less qualified and were not over the age of 40.

16.    After applying for the positions, Mr. Pasquale reached out to Brodeur to see if Brodeur would assist in suggesting KBR hire Mr. Pasquale back.

17.    Brodeur candidly advised Mr. Pasquale that KBR did not want to hire

older people.  By email of January 30, 2020, Mr. Brodeur stated,

> We have a new leader who oversees our business at the corporate level. He has visited our office a couple of times over the past couple of years. At his last meeting with our group, he kept repeating that we need to recruit and mentor the next generation of engineers.  He doesn't seems [sic] to have any value for experienced people and he is not shy in expressing his opinion to the point of making people feel uncomfortable.  My opinion is that you will have an uphill battle getting into KBR for anything other than a short term emergency project need position.
>
> Sorry to relay my perception of the reality of life at KBR, but I don't want to get your hopes up.

Brodeur's email is attached as Exhibit A.

18.     As Brodeur predicted, Mr. Pasquale was not selected for any of the open positions.  Human Resources Associate Laura King informed Mr. Pasquale that Defendants would not be hiring him.

19.     Mr. Pasquale advised Brodeur that he was not selected for any of the open positions.  Brodeur responded, "It doesn't surprise me.  Opportunities are for the young at KBR."  *See,* Exhibit A.

20.     Brodeur's comments were both an accurate description of Defendants' hiring policies and practices as well as a statement of those practices.  Brodeur was involved in the decision not to hire Mr. Pasquale and was a decisionmaker in the hiring process.

21.     Furthermore, Broduer's negative comments influenced the decision-making process and other decision makers and resulted in Mr. Pasquale not being

00043032.DOCX.

hired for any of the open positions.

## Damages

22.     As a result of Defendants' refusal to hire Mr. Pasquale due to his age, he suffered lost wages as well as mental and emotional distress and anguish.

23.     Mr. Pasquale was unemployed on at least two separate occasions between January 2020 and the present, for a total of at least 15 months.  For the period he was unemployed, Mr. Pasquale suffered lost wages and benefits.

24.     During the time he was unemployed, Mr. Pasquale diligently sought employment.  The jobs he was eventually offered and accepted, however, paid less than the jobs that were advertised at KBR/TSR, and had less generous benefits. Through the last week of July, 2022, Mr. Pasquale will have lost over $275,000 in lost wages and reduced benefits due to the discrepancy in pay between his new job and the jobs for which he was not hired by Defendants due to his age.

## COUNT I—AGE DISCRMINATION

25.     Plaintiff incorporates all allegations contained in previous paragraphs as if they were set forth fully herein.

26.     Mr. Pasquale is a member of a protected class because he is over the age of 40.

27.     Mr. Pasquale was qualified for all of the open positions at KBR/TSR. Mr. Pasquale began working for KBR in 1995, and worked continuously for

KBR/TSR from 1995 through 2016 other than a one-year term at Connectiv in 2001. From 2002 Mr. Pasquale worked as a Project Manager, a job with the same level of seniority and requiring the same qualifications as the jobs he applied for but was not hired. Mr. Pasquale's long and successful career at KBR/TSR demonstrates he was qualified for the open positions, was promoted repeatedly and sought after by both Defendants when he was younger, and that age discrimination was involved in the decision not to hire him in 2020.

28.     Mr. Pasquale suffered an adverse employment action in 2020, after Defendants determined Mr. Pasquale was too old to hire and did not hire him.

29.     The adverse employment actions were solely because of Mr. Pasquale's age.

30.     This willful, intentional, and unlawful age-based discrimination violates the laws and regulations of both the United States and the State of Delaware, including, without limitation, the ADEA and 19 *Del. C.* § 710 *et seq.*

WHEREFORE, Plaintiff Nicholas Pasquale respectfully requests that this Court:

A.     Enter judgment in his favor and against KBR, Inc. and Technical Staffing Solutions, LLC;

B.     Award him special damages, including lost pay and benefits and front pay, as he can prove, compensatory damages, and punitive damages;

00043032.DOCX.

C.      Award him costs and attorney's fees;

D.      Award him pre- and post- judgment interest;

E.      Grant such other relief as the Court deems appropriate.


                                        **McALLISTER FIRM LLC**

                                        /s/ Daniel F. McAllister
Dated: August 4, 2022                   Daniel F. McAllister, Esquire (#4887)
                                        800 N. King St., Suite 203
                                        Wilmington, DE 19801
                                        (302) 543-5158
                                        dan@mcallisterfirm.com

                                        *Attorney for Plaintiff Nicholas Pasquale*

00043032.DOCX.

EFiled:  Aug 04 2022 12:31PM EDT
Transaction ID 67900792
Case No. N22C-08-041 FJJ

Exhibit A

CERTIFIED AS A TRUE COPY
ATTEST:  COLLEEN REDMOND
PROTHONOTARY
BY

## Dan McAllister

| | |
|---|---|
| **From:** | Nick Pasquale <pasqualen@icloud.com> |
| **Sent:** | Thursday, September 17, 2020 11:38 AM |
| **To:** | Dan McAllister |
| **Subject:** | Fwd: Re: PM positions |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Nick Pasquale
H 302-731-1345
C 302-388-2224
pasqualen@icloud.com

Begin forwarded message:

> **From:** Charles Brodeur <Charles.Brodeur@kbr.com>
> **Date:** 2/10/2020
> **To:** Nick Pasquale <pasqualen@icloud.com>
> **Subject: RE: Re: PM positions**
>
> It doesn't surprise me.  Opportunities are for the young at KBR.  At least they responded.
>
>
>
> **From:** Nick Pasquale <pasqualen@icloud.com>
> **Sent:** Saturday, February 8, 2020 4:20 PM
> **To:** Charles Brodeur <Charles.Brodeur@kbr.com>
> **Subject:** [External] Re: PM positions
>
>
>
> HR contacted me and I was rejected on all 3 PM roles.
>
>
>
> Nick Pasquale
> H 302-731-1345
> C 302-388-2224
> pasqualen@icloud.com

1

CERTIFIED AS A TRUE COPY
ATTEST: COLLEEN REDMOND
PROTHONOTARY
BY

On January 30, 2020 at 7:48 AM, Charles Brodeur <Charles.Brodeur@kbr.com> wrote:

Nick,

I have not been in the loop on any openings etc. I am now pretty much on the outside of the upper management group in the office. I have very limited interaction with Jennifer and other office decision makers. I will try to touch base with Ken to find out what is going on. I also heard last week from Ken that he is planning to retire around the beginning of April.

As far as Ken's position, I have zero interest in management at this point in my career. Been there and done.

We have a new leader who oversees our business at the corporate level. He has visited our office a couple of times over the past couple of years. At his last meeting with our group, he kept repeating that we need to recruit and mentor the next generation of engineers. He doesn't seems to have any value for experienced people and he is not shy in expressing his opinion to the point of making people feel uncomfortable. My opinion is that you will have an uphill battle getting into KBR for anything other than a short term emergency project need position.

Sorry to relay my perception of the reality of life at KBR, but I don't want you to get your hopes up.

- Chuck


Charles Brodeur
KBR | Senior Project Manager
242 Chapman Road | Newark, DE, 19702

Office: 302.452.9184 | Mobile: 302.354.8705 charles.brodeur@kbr.com


-----Original Message-----
From: Nick Pasquale <pasqualen@icloud.com>
Sent: Wednesday, January 29, 2020 6:53 PM
To: Charles Brodeur <Charles.Brodeur@kbr.com>
Subject: [External] PM positions

Hi Chuck, I also texted you. I saw on LinkedIn that KBR is hiring. I wrote Jennifer and the HR person about a position. Would you maybe check around and suggest hiring me back.
I interviewed with Gary Miller on a liaison position on the Mexico refinery.

Things are going slow with bringing me in for that.

I also got word that Ken Page is retiring, you would be great in his position.

Nick Pasquale
C 302-388-2224
H 302-731-1345
Pasqualen@icloud.com

This e-mail, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient. Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive information for the intended recipient), please contact the sender by reply e-mail and delete all copies of this message.

EFiled: Aug 04 2022 12:31PM EDT
Transaction ID 67900792
Case No. N22C-08-041 FJJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

NICHOLAS PASQUALE,

                Plaintiff,

v.

KBR, INC., and

TECHNICAL STAFFING
RESOURCES, LLC

              Defendants.

C.A. No. _____

CERTIFIED AS A TRUE COPY
ATTEST: COLLEEN REDMOND
PROTHONOTARY
BY _____

### SUMMONS

**THE STATE OF DELAWARE**
**TO THE SHERIFF OF NEW CASTLE COUNTY:**
**YOU ARE COMMANDED:**

       To summon the above-named Defendants so that, within 20 days after service hereof upon each defendant, exclusive of the day of service, defendant shall serve upon **Daniel F. McAllister, Esquire**, plaintiff's attorney, whose address is **McAllister Firm LLC, 800 N. King St., Suite 203, Wilmington DE 19801** an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

       To serve upon Defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

Dated: _____

                     _____
                               Prothonotary

                     _____
                              Per Deputy

**TO THE ABOVE-NAMED DEFENDANT:**

       In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve plaintiff's attorney named above an answer to complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

                     _____
                               Prothonotary

                     _____
                                Per Deputy

00046244.DOCX.

# EXHIBIT 2

EFiled: Aug 04 2022 12:31PM EDT
Transaction ID 67900792
Case No. N22C-08-041 FJJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

NICHOLAS PASQUALE,

                    Plaintiff,                    C.A. No. _____

v.

KBR, INC., and

TECHNICAL
RESOURCES, LLC

                    Defendants.

CERTIFIED AS A TRUE COPY
ATTEST: COLLEEN REDMOND
PROTHONOTARY
BY _____

### PRAECIPE

TO:   Prothonotary of the Superior Court

    **PLEASE ISSUE** the attached Summonses directing the Sheriff of New

Castle County to serve the within Complaint on the below-named Defendants at

the addresses listed below:

> **KBR, Inc.**
> **c/o The Corporation Trust Company**
> **Corporation Trust Center**
> **1209 Orange St.**
> **Wilmington, DE 19801**

> **Technical Staffing Resources, LLC**
> **c/o The Corporation Trust Company**
> **Corporation Trust Center**
> **1209 Orange St.**
> **Wilmington, DE 19801**

**McALLISTER FIRM LLC**

/s/ Daniel F. McAllister, Esq.
Daniel F. McAllister, Esquire (#4887)
800 N. King St., Suite 203

00051476.DOCX.

# EXHIBIT 3

EFiled: Aug 23 2022 09:37AM EDT
Transaction ID 67960341
Case No. N22C-08-041 FJJ



**Sheriff's Office**

800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460

State of Delawa
New Castle County
**Scott T. Phillips**
Sheriff

8/23/2022

Court Case # N22C-08-041 FJJ
Sheriff # 22-005028

Summons and Complaint

### NICHOLAS PASQUALE
#### vs
### KBR, INC, AND TECHNICAL RESOURCES, LLC

Entity - KBR INC

On 8/22/2022 at 11:00 AM a copy of the within writ together with a copy of the Summons and Complaint were served upon Marcel Walker, SOP Manager, a representative for the registered agent CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON, DE 19801 .

Fees Paid:  $30.00

Per:  Deputy Sheriff, Steven Elliott

SO ANS;

*Scott N Phillips*

SHERIFF

PER   Janice Frisby-Dowe

CERTIFIED AS A TRUE COPY
ATTEST:  COLLEEN REDMOND
PROTHONOTARY
BY *Emma Shmko*

# EXHIBIT 4

EFiled: Aug 23 2022 09:37AM EDT
Transaction ID 67960343
Case No. N22C-08-041 FJJ



**Sheriff's Office**
800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460

State of Delawa
New Castle County
**Scott T. Phillips**
Sheriff

8/23/2022

**Court Case # N22C-08-041 FJJ**
Sheriff # 22-005028

Summons and Complaint

### NICHOLAS PASQUALE
#### vs
### KBR, INC, AND TECHNICAL RESOURCES, LLC

Entity - TECHNICAL STAFFING RESOURCES LLC

On 8/22/2022 at 11:00 AM a copy of the within writ together with a copy of the Summons and Complaint were served upon Marcel Walker, SOP Manager, a representative for the registered agent CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON, DE 19801 .

Fees Paid:  $5.00

Per:  Deputy Sheriff, Steven Elliott

SO ANS;

*Scott T Phillips*

SHERIFF

PER   Janice Frisby-Dowe

CERTIFIED AS A TRUE COPY
ATTEST: COLLEEN REDMOND
PROTHONOTARY
BY

# EXHIBIT 5

EFiled:  Sep 13 2022 04:20PM EDT
Transaction ID 68097725
Case No. N22C-08-041 FJJ

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

NICHOLAS PASQUALE,

      *Plaintiff,*

v.

KBR, INC., and TECHNICAL
STAFFING RESOURCES, LLC,

      *Defendants.*

C.A. No. N22C-08-041 FJJ

### STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS and [PROPOSED] ORDER

COME NOW the Plaintiff, Nicholas Pasquale, and the Defendants, KBR, Inc. and Technical Staffing Resources, LLC, and notifies this Honorable Court of the parties' joint stipulation to a 14-day initial extension of time, until **September 26, 2022**, for Defendants to respond to Plaintiffs' Complaint.  A proposed order memorializing the same is attached hereto as Exhibit A for the Court's consideration.

Respectfully submitted this the 13th day of September 2022.

#### COUNSEL FOR PLAINTIFF

*/s/ Daniel F. McAllister*
Daniel F. McAllister, Esq. (#4887)
MCALLISTER FIRM LLC
800 North King Street, Suite 203
Wilmington, Delaware 19801
T: 302-543-5158 | F: 302-543-5158
Dan@mcallisterfirm.com

#### COUNSEL FOR DEFENDANTS

*/s/ Kristi J. Doughty*
Kristi J. Doughty, Esq. (#3826)
SCHNADER HARRISON SEGAL & LEWIS, LLP
824 Market Street, Suite 800

CERTIFIED AS A TRUE COPY
ATTEST:  COLLEEN REDMOND
PROTHONOTARY
BY

1

Wilmington, DE 19801
T: 302-482-4038 | F: 302-888-1696
KDoughty@Schnader.com


MaryJo L. Roberts, Esq.  [*PHV Forthcoming*]
**THE KULLMAN FIRM**
*A Professional Law Corporation*
1100 Poydras Street, Suite 1600
New Orleans, Louisiana 70163-1600
T: 504-596-4195 | F: 504-596-4114
MLR@KullmanLaw.com
Secretary: ARA@KullmanLaw.com


Setara Ozan-Foster, Esq.  [*PHV Forthcoming*]
**THE KULLMAN FIRM**
*A Professional Law Corporation*
600 University Park Place, Suite 340
Birmingham, Alabama 35209
T: 205-623-1862 | F: 205-871-5874
SCO@KullmanLaw.com
Paralegal: RJT@KullmanLaw.com

2

**EXHIBIT A**

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | |
|---|---|
| **NICHOLAS PASQUALE,** | |
| *Plaintiff,* | **C.A. No. N22C-08-041 FJJ** |
| **v.** | |
| **KBR, INC., and TECHNICAL STAFFING RESOURCES, LLC,** | |
| *Defendants.* | |

**[PROPOSED] ORDER**

The Court, having reviewed and considered the joint stipulation articulated in the parties' joint Stipulation for Extension of Time for Defendants to File Responsive Pleadings, hereby ORDERS Defendants to file a pleading responsive to Plaintiff's Complaint on or before **September 26, 2022**.

ORDERED this the _____ day of September 2022.

_____

HONORABLE FRANCIS J. JONES, JR.

# EXHIBIT 6



EFiled: Sep 16 2022 09:56AM EDT
Transaction ID 68061230
Case No. N22C-08-041 FJJ

So Ordered

/s/ Francis J. Jones Jr   Sep 16, 2022

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

NICHOLAS PASQUALE,

        *Plaintiff,*

v.

KBR, INC., and TECHNICAL
STAFFING RESOURCES, LLC,

        *Defendants.*

C.A. No. N22C-08-041 FJJ

### STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS and [PROPOSED] ORDER

COME NOW the Plaintiff, Nicholas Pasquale, and the Defendants, KBR, Inc. and Technical Staffing Resources, LLC, and notifies this Honorable Court of the parties' joint stipulation to a 14-day initial extension of time, until **September 26, 2022**, for Defendants to respond to Plaintiffs' Complaint. A proposed order memorializing the same is attached hereto as Exhibit A for the Court's consideration.

Respectfully submitted this the 13th day of September 2022.

**COUNSEL FOR PLAINTIFF**

*/s/ Daniel F. McAllister*
Daniel F. McAllister, Esq. (#4887)
**MCALLISTER FIRM LLC**
800 North King Street, Suite 203
Wilmington, Delaware 19801
T: 302-543-5158 | F: 302-543-5158
Dan@mcallisterfirm.com

**COUNSEL FOR DEFENDANTS**

*/s/ Kristi J. Doughty*
Kristi J. Doughty, Esq. (#3826)
**SCHNADER HARRISON SEGAL & LEWIS, LLP**
824 Market Street, Suite 800



CERTIFIED AS A TRUE COPY
ATTEST: COLLEEN REDMOND
PROTHONOTARY
BY

1

Wilmington, DE 19801
T: 302-482-4038 | F: 302-888-1696
KDoughty@Schnader.com


MaryJo L. Roberts, Esq.  [*PHV Forthcoming*]
**THE KULLMAN FIRM**
*A Professional Law Corporation*
1100 Poydras Street, Suite 1600
New Orleans, Louisiana 70163-1600
T: 504-596-4195 | F: 504-596-4114
MLR@KullmanLaw.com
Secretary: ARA@KullmanLaw.com


Setara Ozan-Foster, Esq.  [*PHV Forthcoming*]
**THE KULLMAN FIRM**
*A Professional Law Corporation*
600 University Park Place, Suite 340
Birmingham, Alabama 35209
T: 205-623-1862 | F: 205-871-5874
SCO@KullmanLaw.com
Paralegal: RJT@KullmanLaw.com

2

<u>**EXHIBIT A**</u>

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | |
|---|---|
| **NICHOLAS PASQUALE,** | |
| *Plaintiff,* | |
| v. | **C.A. No. N22C-08-041 FJJ** |
| **KBR, INC., and TECHNICAL STAFFING RESOURCES, LLC,** | |
| *Defendants.* | |

**[PROPOSED] ORDER**

The Court, having reviewed and considered the joint stipulation articulated in the parties' joint Stipulation for Extension of Time for Defendants to File Responsive Pleadings, hereby ORDERS Defendants to file a pleading responsive to Plaintiff's Complaint on or before **September 26, 2022**.

ORDERED this the _____ day of September 2022.

_____

HONORABLE FRANCIS J. JONES, JR.

3