IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICHOLAS PASQUALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1224 (MN) |
| | ) | |
| KBR, INC. and TECHNICAL STAFFING | ) | |
| RESOURCES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

For the reasons set forth in the Court's Memorandum Opinion and Order dated January 16, 2024 (D.I. 59);

IT IS HEREBY ORDERED AND ADJUDGED this 16th day of January 2024 that judgment be and is HEREBY ENTERED in favor of Defendants and against Plaintiff.

The Honorable Maryellen Noreika
United States District Judge

(By)  Deputy Clerk